UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KINGRALE COLLINS,**
**ADC # SK945**                                                                                                                  **PLAINTIFF**

v.                                    **CASE NO. 5:10cv00244 BSM/JTR**

**DR. S. NORTEN, et al.**                                                                                                      **DEFENDANTS**

### ORDER

The application to proceed *in forma pauperis* filed by plaintiff Kingrale Collins [Doc. No. 5] is timely.  Although the document was docketed on October 4, 2010, it was actually received on or about September 2, 2010.

IT IS SO ORDERED this 12th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE