UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KINGRALE COLLINS**
**ADC #SK945**                                                                                           **PLAINTIFF**

v.                         CASE NO. 5:10cv00244 BSM/JTR

**DR. S. NORTEN, Varner Unit,**
**Arkansas Department of Correction, et al.**                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order of dismissal that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to plaintiff's failure to timely and properly comply with the October 29, 2010 order.  Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order of dismissal would not be taken in good faith.

DATED this 8th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE